**Vanessa R. HARDY, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 05–3185.

United States Court of Appeals, Federal Circuit.

July 1, 2005.

Vanessa R. Hardy, pro se.

### ORDER

Order Vacated, See 140 Fed.Appx. 258.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,